**W. POOSER v. JACKSON COUNTY, a political sub-division of the State of Florida.**

33 So. (2nd) 602                                      January Term, 1948
January 20, 1948                                                Division B

*W. Pooser, in Proper Person,* for appellant.

*Clyde Mayhall,* for appellee.

PER CURIAM:

Affirmed on authority of Kirkland v. State, 86 Fla. 64, 97 So. 502 (headnotes 9 and 10); County of Okeechobee, et al. v. Florida National Bank of Jacksonville, 112 Fla. 309, 150 So. 124 (4th headnote).

So ordered.

THOMAS, C. J., BUFORD, ADAMS and BARNS, JJ., concur.